## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**<br><br>v.<br><br>JUAN M. HIGGINS-AYALA,<br><br>**Defendant(s)** | **CRIMINAL NO.** 06-0156(JAG) |

### ORDER

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. (Docket No. 8). Upon review of the record, the Court adopts the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of September, 2006.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge